1   MELINDA HAAG (CABN 132612)
United States Attorney
2
MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney
5
450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
Telephone: (415) 436-7368
7   Facsimile: (415) 436-7234
E-Mail: lowell.powell2@usdoj.gov
8
Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )   No. CR 11-0779 EMC
                                        )
15        Plaintiff,                    )
                                        )
16        v.                            )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER EXCLUDING TIME UNDER 18**
17   JESUS ISRAEL CASTILLO,             )   **U.S.C. § 3161**
                                        )
18        Defendant.                    )
                                        )
19   ───────────────────────────────   )

20        On November 3, 2011, the parties in this case appeared before the Court.  At that time, the

21   Court set the matter to November 30, 2011.  The parties have agreed to exclude the period of

22   time between November 3, 2011 and November 30, 2011, from any time limits applicable under

23   18 U.S.C. § 3161.  The parties represented that granting the exclusion would allow the

24   reasonable time necessary for effective preparation of counsel.  *See* 18 U.S.C. §

25   3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such an

26   exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18

27   U.S.C. § 3161(h)(7)(A).

28   ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0779 EMC

1  At the hearing, the Court made findings consistent with this agreement.

2  SO STIPULATED:

3

4                                        MELINDA HAAG
                                         United States Attorney

5

6  DATED: November 16, 2011           _____/s/_____
                                         LOWELL C. POWELL
7                                        Special Assistant United States Attorney

8

9  DATED: November 16, 2011           _____/s/_____
                                         RITA BOSWORTH
10                                       Attorney for JESUS ISRAEL CASTILLO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0779 EMC

<u>[PROPOSED] ORDER</u>

    For the reasons stated above and at the November 3, 2011 hearing, the Court finds that
the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from
November 3, 2011 through November 30, 2011 is warranted and that the ends of justice served
by the continuance outweigh the best interests of the public and the defendant in a speedy trial.
18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of
the reasonable time necessary for effective preparation, taking into account the exercise of due
diligence.  18 U.S.C. §3161(h)(7)(B)(iv).


    IT IS SO ORDERED.

DATED:_____  11/22/11

THE HO_____CHEN
United S_____

