GEOFFREY A. HANSEN
Acting Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-11-779 EMC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE |
| v. | ) |
| JESUS CASTILLO, | ) Current Date: February 15, 2012, at 2:30 p.m.<br>) Proposed Date: February 29, 2012, at 2:30 p.m. |
| Defendant. | ) |

Mr. Castillo is currently scheduled to be sentenced on February 15, 2012. Defense counsel has recently learned of a conflict that will prevent her from being in court that day. In order to ensure that Mr. Castillo has the benefit of his counsel at his sentencing hearing, the parties are jointly requesting that the Court continue the sentencing date for two weeks. The AUSA has no objection to the continuance. The defense, government, and probation officer are available on February 29, 2012.

//

//

//

*U.S. v. Castillo*, 11-779 EMC
Stipulation and [Proposed] Order        1

1  SO STIPULATED.

2  DATED:    2/9/12                              /s/
3                                                _____
4                                                RITA BOSWORTH
                                                 Assistant Federal Public Defender

5

6  DATED:    2/9/12                              /s/
7                                                _____
                                                 LOWELL POWELL
8                                                Special Assistant United States Attorney

9

10      The Court hereby ORDERS that the defendant's sentencing hearing is continued to
11 February 29, 2012, at 2:30 p.m.  IT IS SO ORDERED.

12

13

14      2/9/12

15  _____                  _____
       DATE                                       IT IS SO ORDERED
                                                  Judge Edward M. Chen

*U.S. v. Castillo*, 11-779 EMC
Stipulation and [Proposed] Order                    2